UNITED STATES BANKRUPTCY COURT

PENNSYLVANIA MIDDLE DISTRICT
WILKES-BARRE

| In re | Case No. 13-03504 |
|---|---|
| LOUIS MARINI<br>Debtor(s). | Chapter 13<br><br>NOTICE OF SATISFACTION OF<br>PROOF OF CLAIM # 20 |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 11/18/13 and assigned as Claim number 20 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 20 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: 7/18/16

Respectfully submitted,
Buckley Madole, P.C.

_____
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, National Association

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 18 day of July, 2016 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
LOUIS MARINI
199 ECHO LAKE RD
TOBYHANNA PA 184668285

**Debtors' Attorney**
VINCENT RUBINO
NEWMAN WILLIAMS MISHKIN CORVELEYN ET AL
PO BOX 511 712 MONROE STREET
STROUDSBURG PA 183600511

**Chapter 13 Trustee**
CHARLES J. DEHART, III
8125 ADAMS DR STE A
HUMMELSTOWN PA 170368625

_____
Natalie Ann Jones / Julian Cotton / Craig Edelman / Carlos Hernandez