```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03504-JJT
Louis J. Marini                                                 Chapter 13
Helen A. Marini
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: MMchugh        Page 1 of 1        Date Rcvd: Jun 27, 2017
                            Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db/jdb         +Louis J. Marini,    Helen A. Marini,    199 Echo Lake Road,    Tobyhanna, PA 18466-8285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Joint Debtor Helen A. Marini jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor Louis J. Marini jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              Joshua I Goldman    on behalf of Creditor   J.P. Morgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Louis J. Marini
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Joint Debtor Helen A. Marini
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: **LOUIS J. MARINI,** aka : Chapter 13
Louis John Marini, aka Louis Marini, fdba : Case No. **5:13-bk-03504-RNO**
LJM Enterprises, and :
**HELEN A. MARINI,** aka :
Helen Anne Marini, aka Helen Marini, fdba :
LJM Enterprises, :
      Debtors, :

### ORDER GRANTING APPLLICATION TO EMPLOY REALTOR

Upon consideration of the Application to Employ Realtor filed on <u>June 18</u>, 2017, Debtors **LOUIS J. MARINI** and **HELEN A. MARINI** are hereby authorized to employ **DNA PROPERTY MANAGEMENT CO.** for the purposes of marketing and potential sale of real property of Debtors. This Order does not approve or allow a fee for the services provided, which shall be allowed only subject to further Order of Court, but may be approved as part of a Noticed Motion for Sale which includes specific distributions.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(MM)

Dated: June 27, 2017