**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

November 21, 2018

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

   *RE: Louis J. & Helen A. Marini*
      *Case No. 5:13-03504*

Dear Clerk:

  We have been informed by our clients, Louis J. & Helen A. Marini, that they have a new address, as follows:

    1433 County Route 12
    New Hampton, NY  10958

  Please correct the docket and mailing matrix accordingly.  Thank you.

          Very truly yours,

          */s/ Vincent Rubino*

          Vincent Rubino